**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1168**

JOHN PAUL TURNER, a/k/a Pops,

        Plaintiff - Appellant,

    v.

CEO OF THE WHITE HOUSE; CEO OF COMMONWEALTH OF VIRGINIA; CEO
OF THE COUNTY OF AUGUSTA,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:10-cv-00038-sgw)

Submitted:  April 1, 2010        Decided:  May 20, 2010

Before TRAXLER, Chief Judge, and NIEMEYER and SHEDD, Circuit
Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Turner v. CEO of the White House, No. 7:10-cv-00038-sgw (W.D. Va. Jan. 25 & 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2